FRANCIS GLAVIN, an Infant, etc., by Guardian, etc., Respondent, *v.* VINCENZO SAVARESE et al., Appellants.

(Argued December 2, 1889; decided December 17, 1889.)

APPEAL from order of the General Term of the City Court. of Brooklyn, made May 27, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Thomas J. Molloy* for appellants.

*Patrick Keady* for respondent.

Agree to affirm; no opinion.
All concur, except EARL, J., dissenting.
Judgment affirmed.